## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RENAE VANDERSLICE;

                    Plaintiff,

          vs.

LOWES HOME CENTERS, LLC,

                    Defendant.

4:22-CV-3064

MEMORANDUM AND ORDER

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 12), recommending that the Court deny the plaintiff's motion to remand (filing 4). There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).

The Court finds that the Magistrate Judge's recommendation should be adopted. Accordingly,

IT IS ORDERED:

1.   The Magistrate Judge's Findings and Recommendation (filing 12) are adopted.

2.   The plaintiff's motion to remand (filing 4) is denied.

Dated this 1st day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge